| | | Date: 04/19/11 | | Page: |
|---|---|---|---|---|

# DIVIDENDS REMITTED TO THE COURT
Check Number 112 Dated 04/19/11
Case Number 10-13191 - MOYANO, RAUL A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Global (Original Creditor: Medical)<br>22 East Main St - PO Box 750<br>Geneva, OH 44041-0750 | 000001 | 186.72 | 4.81 |
| ---------- Remittance Total --------------- | | 186.72 | 4.81 |

*Receipt # 152277*

MARVIN A. SICHERMAN, Trustee



FILED 11 APR 29 PM 12:38
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 04/19/11 04:04 PM   Ver: 16.02b